UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ARTHUR BLAND,<br><br>Defendant. | No. 2:17-CR-00146-RMP-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED<br>(ECF No. 18)** |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 18. Defendant recites that neither the United States nor U.S. Probation object to the request. ECF No. 18 at 2.

Specifically, Defendant requests that between the dates of November 10, 2017 and November 15, 2017, he be allowed to travel to Oak Harbor, Washington in order to assist his friend winterize and repair a fifth wheel trailer she uses as a residence. Defendant, through counsel, further recites that U.S. Probation Officer Steven Krous has verified that there are no firearms accessible to Defendant at his friend's property. ECF No. 18 at 2.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 18**, is **GRANTED**. Defendant is permitted to travel to Oak Harbor, Washington, between November 10, 2017 and November 15, 2017 on the express condition that prior to traveling Defendant shall provide Pretrial Services with the name and address and contact information of the premises where he will reside, and with a telephone number where he may be contacted at any time during this trip.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 7, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2