FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES ARTHUR BLAND,<br><br>Defendant. | No. 2:17-CR-00146-RMP-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 24)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 24. Defendant recites that U.S. Probation does not object to the request and that the United States defers to the recommendation of U.S. Probation. ECF No. 24 at 1.

    Specifically, Defendant requests that between the dates of December 7, 2017 and December 12, 2017, he be allowed to travel to Oak Harbor, Washington in order to assist his friend repair a fifth wheel trailer she uses as a residence and deliver a tow vehicle for the trailer.

    Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 24**, is **GRANTED**. Defendant is permitted to travel to Oak Harbor, Washington, between December 7-12, 2017 on the express condition that Defendant shall provide Pretrial Services with the name and contact information of the landlord where he will reside and with a telephone number where he may be contacted at any time during this trip.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 5, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2